# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

TEMPLET MANAGEMENT, LLC                                NO.  2020 CW 0014

VERSUS

DYNAMIC CONSTRUCTION GROUP,
LLC                                                    **MAY 1 2 2020**

---

In Re:    Dynamic Construction Group, LLC and Hartford Casualty
          Insurance Company, applying for supervisory writs,
          19th Judicial District Court, Parish of East Baton
          Rouge, No. 680299.

---

**BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

    **WRIT DISMISSED.**    This writ application is dismissed pursuant to relators' and respondent's joint motion to dismiss representing that they have amicably resolved their differences in this case and requesting that the relators' writ be dismissed.

**PMc**
**JEW**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
   DEPUTY CLERK OF COURT
      FOR THE COURT